**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: 2026 MULTISTATE CYCLOSPORIASIS OUTBREAK LITIGATION** MDL No. 3196

(SEE ATTACHED SCHEDULE)

**ORDER DEEMING MOTION WITHDRAWN AND VACATING THE SEPTEMBER 24, 2026, HEARING SESSION ORDER**

Before the Panel is a motion by plaintiffs Victor Granados and Kait Gelbspan filed pursuant to 28 U.S.C. § 1407. In their motion, plaintiffs seek centralization of the actions on the attached schedule in the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings. Movants now seek to withdraw their Section 1407 motion.

IT IS THEREFORE ORDERED that plaintiffs' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN. Should any party wish to seek centralization at a later date, they may do so.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 14, 2026, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: 2026 MULTISTATE CYCLOSPORIASIS OUTBREAK LITIGATION** **MDL No. 3196**

**SCHEDULE A**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 26−07346 | Granados et al v. Taylor Fresh Foods, Inc. |
| CAN | 5 | 26−07629 | Null et al v. Taylor Fresh Foods, Inc. et al |
| CAN | 5 | 26−08178 | Giles v. Taylor Fresh Foods, Inc. et al |
| KENTUCKY WESTERN | | | |
| KYW | 3 | 26−00607 | Bogard v. ABTB Louisville LLC et al |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 26−12448 | Parrish et al v. Taco Bell Corp. et al |
| MIE | 2 | 26−12524 | Hercula et al v. Taco Bell of America, LLC a Delaware Limited Liability Company et al |
| MIE | 2 | 26−12528 | Burnham et al v. Taylor Fresh Foods, Inc. et al |
| MIE | 2 | 26−12648 | Harris v. Taco Bell of America, LLC. et al |
| MIE | 2 | 26−12675 | Koss v. Taco Bell Corp et al |
| MIE | 2 | 26−12835 | Jones et al v. Taylor Fresh Foods, Inc et al |
| MICHIGAN WESTERN | | | |
| MIW | 1 | 26−02183 | O'Hara v. Border Foods, LLC et al |
| OHIO NORTHERN | | | |
| OHN | 1 | 26−01648 | Ayyad v. Pacific Bells, LLC et al. |
| OHN | 1 | 26−01661 | Caruso v. Taco Bell of America, LLC et al. |
| PENNSYLVANIA WESTERN | | | |
| PAW | 2 | 26−01728 | KEBERT v. TAYLOR FRESH FOODS, INC. et al |